**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER L. GARCHIE, SB# 105122
   E-Mail: Peter.Garchie@lewisbrisbois.com
ZAHED AMIN, SB# 253469
   E-Mail: Zahed.Amin@lewisbrisbois.com
JAMES P. McDONALD, SB# 281804
   E-Mail: James.McDonald@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant, CMAC CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VOPAK NORTH AMERICA, INC. dba VOPAK AMERICAS and VOPAK TERMINAL LOS ANGELES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CMAC CONSTRUCTION COMPANY, <br><br> Defendant. | CASE NO. 2:16-CV-06526-TJH-SKx <br><br> **PROOF OF SERVICE OF CMAC CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT** <br><br> The Hon. Terry J. Hatter, Jr. <br><br> FSC Date: September 10, 2018 <br> Trial Date: None Set <br><br> **Date: August 27, 2018** <br> **Time: UNDER SUBMISSION** <br> **Dept.: Courtroom No. 9B** |

**FEDERAL COURT PROOF OF SERVICE**
Vopak North America, Inc., et al. v. CMAC Construction Company - Case No. 2:16-cv-6526-TJH-SKx

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 29, 2018, I served the following document(s):

1. **CMAC CONSTRUCTION COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

2. **CMAC CONSTRUCTION COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING THE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

3. **DECLARATION OF ZAHED AMIN IN SUPPORT OF CMAC CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

4. **DECLARATION OF MICHAEL McFADDEN IN SUPPORT OF CMAC CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

5. **CMAC CONSTRUCTION COMPANY'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW SUPPORTING THE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

6. **CMAC CONSTRUCTION COMPANY'S SEPARATELY BOUND VOLUME OF EVIDENCE SUPPORTING THE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT;**

7. **[PROPOSED] ORDER GRANTING THE MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 RE RESPONSIBLE PARTY UNDER THE FEDERAL OIL POLLUTION ACTION;**

8. [PROPOSED] ORDER GRANTING THE MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 RE BREACH OF CONTRACT/WARRANTY CAUSE OF ACTION AGAINST CMAC;

9. [PROPOSED] ORDER GRANTING THE MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 3 RE UNENFORCEABLE INDEMNIFICATION CLAUSE; and

10. [PROPOSED] JUDGMENT IN FAVOR OF CMAC CONSTRUCTION COMPANY AND AGAINST PLAINTIFFS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| David Shimkin<br>COZEN O'CONNOR<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>T: (213) 892-7900<br>F: (213) 892-7999<br>E: dshimkin@cozen.com<br>*(Lead) Attorneys for Plaintiffs Vopak North America, Inc., et al.* | Paul K. Leary<br>Dylan Alper<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>T: (215) 665-2000<br>F: (215) 665-2013<br>E: pleary@cozen.com<br>E: dalper@cozen.com<br>*Attorneys for Plaintiffs Vopak North America, Inc., et al.* |

The documents were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 29, 2018, at San Diego, California.

*/s/ Vicki M. Simpson*
VICKI M. SIMPSON

4852-7994-8652.1                                                         2:16-CV-06526-TJH-SKx

PROOF OF SERVICE OF CMAC CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT