# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| VOPAK NORTH AMERICA, INC. dba VOPAK AMERICAS, and VOPAK TERMINAL LOS ANGELES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CMAC CONSTRUCTION COMPANY, <br><br>Defendant. | CV 16-06526 TJH (SKx) <br><br>Judgment <br><br>JS-6 |

The claims and defenses having been tried by a jury or resolved by the Court by summary judgment, the Court issues judgment as follows, based on Plaintiffs' election of their remedy:

**It is Ordered, Adjudged and Decreed** that Judgment be, and hereby is, **Entered** in favor of Plaintiffs Vopak North America, Inc., dba Vopak Americas, and Vopak Terminal Los Angeles, Inc., and against Defendant CMAC Construction Company on Plaintiffs' claim for contribution under the Federal Oil Pollution Act in the amount of $3,020,961.78.

    **It is further Ordered, Adjudged and Decreed** that Judgment be, and hereby is, **Entered** in favor of Defendant CMAC Construction Company and against Plaintiffs Vopak North America, Inc., dba Vopak Americas, and Vopak Terminal Los Angeles, Inc. on Plaintiffs' claims for indemnity under the Federal Oil Pollution Act and breach of contract.

    **It is further Ordered** that Plaintiffs' negligence claim be, and hereby is **Dismissed** with prejudice as Plaintiffs elected to accept the remedy for their claim under the Federal Oil Pollution Act in lieu of the remedy for their negligence claim.

Date: May 12, 2020

                                                _/s/ Terry J. Hatter, Jr._
                                                  **Terry J. Hatter, Jr.**
                                      **Senior United States District Judge**

                                    CC:FISCAL